# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 21-MJ-320 |
| | : | |
| WILLIAM TRYON, | : | VIOLATIONS: |
| | : | 18 U.S.C. § 1752(a)(1), and (2) |
| Defendant | : | (Entry Into Restricted Building or |
| | : | Grounds) |
| | : | 40 U.S.C. § 5104(e)(2)(D), and (G) |
| | : | (Violent Entry or Disorderly |
| | : | Conduct) |

## GOVERNMENT'S MOTION TO UNSEAL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the Court unseal the docket, arrest warrant, complaint and related papers in the above captioned case. Mr. Tryon was arrested on March 30, 2021, and the reasons for sealing the case have been accomplished and there is no longer a need to keep the case sealed. This matter was originally sealed on or about March 19, 2021.

Date: March 30, 2021

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY
D.C. Bar No. 415793

By:      */s/ Anita Eve*
ANITA EVE
ASSISTANT UNITED STATES ATTORNEY
Detailee
PA Bar No. 45519
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone No. 215-764-2177
Email: Anita.Eve@usdoj.gov