UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | No. 21-MJ-230 |
| : | |
| WILLIAM TRYON, : | |
| : | |
| Defendant. : | |

# ORDER

In light of the government's Motion to Unseal, and the entire record herein, this Court grants the government's Motion, and the matter is unsealed.

_____
HON. ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLUMBIA

1